# Exhibit A

Case 3:24-cv-00316-BAJ-RLB Document 1-1 04/19/24 Page 2 of 18
Clerk Connect - Multi-Parish Clerk of Court online access portal



Clerk Connect - East Baton Rouge Parish

(/Content/Help/helpv7.pdf)

Menu ▾

Heather Shlachtman ▾

---

BACK TO PREVIOUS PAGE

**C-745420**

**EQUITY CAPITAL MARKET LLC VS**

**MT. HAWLEY INSURANCE COMPANY**

| Minutes ⌄ | PURCHASE PDF |

**Date Filed:** 03/14/2024

**Date Last Active:** 03/25/2024

**Judge:** HIGGINBOTHAM, BEAU

**Kind:** Civil

**Cause:** DM-Damages

**Division:** 22

**Suit Status:** Active

---

**CHRONOLOGICAL HISTORY (5)**    PARTIES (2)    ATTORNEYS (1)    MINUTES (0)    COURT EVENTS (0)

| Date | Type All ⌄ | Description | Filed By |
|---|---|---|---|
| 03/25/2024 | | SERVICE RETURN FEE - MT. HAWLEY INSURANCE COMPANY | MONSOUR, RYAN P. |
| 03/22/2024 | Service Return | Intended For: MT. HAWLEY INSURANCE COMPANY<br>Item Served: CIT-CIV 2000<br>Served How: Secretary of State | |
| 03/18/2024 | Document | CIT-CIV 2000 - MT. HAWLEY INSURANCE COMPANY | |
| 03/14/2024 | | CIVIL CASE REPORTING FORM | MONSOUR, RYAN P. |
| 03/14/2024 | | PET- DAMAGES -CIV | MONSOUR, RYAN P. |

Version#3.0.35

Privacy - Terms

Case 3:24-cv-00316-BAJ-RLB Document 1-1 04/19/24 Page 3 of 18



Clerk Connect - East Baton
Rouge Parish
(/Content/Help/helpv7.pdf)

Menu ▾        Heather Shlachtman ▾

**BACK TO PREVIOUS PAGE**

**C-745420**

**EQUITY CAPITAL MARKET LLC VS**

**MT. HAWLEY INSURANCE COMPANY**

Minutes ▾     **PURCHASE PDF**

**Date Filed:** 03/14/2024

**Kind:** Civil

**Division:** 22

**Date Last Active:** 03/25/2024

**Cause:** DM-Damages

**Suit Status:** Active

**Judge:** HIGGINBOTHAM, BEAU

CHRONOLOGICAL HISTORY (5)     **PARTIES (2)**     ATTORNEYS (1)     MINUTES (0)     COURT EVENTS (0)

| Type | Name | Primary Attorney | Billing Method |
|---|---|---|---|
| Plaintiff | EQUITY CAPITAL MARKET LLC | MONSOUR, RYAN P. | Paying |
| Defendant | MT. HAWLEY INSURANCE COMPANY | | Paying |

Version#3.0.35

Privacy - Terms

https://clerkconnect.com/suitDetails/868899/ebr

Case 3:24-cv-00316-BAJ-RLB    Document 1-1    04/19/24    Page 4 of 18



## Clerk Connect - East Baton Rouge Parish

(/Content/Help/helpv7.pdf)

Menu ▾          Heather Shlachtman ▾

BACK TO PREVIOUS PAGE

### C-745420
### EQUITY CAPITAL MARKET LLC VS
### MT. HAWLEY INSURANCE COMPANY

Minutes ▾   PURCHASE PDF

**Date Filed:** 03/14/2024          **Kind:** Civil                    **Division:** 22

**Date Last Active:** 03/25/2024    **Cause:** DM-Damages              **Suit Status:** Active

**Judge:** HIGGINBOTHAM, BEAU

CHRONOLOGICAL HISTORY (5)    PARTIES (2)    **ATTORNEYS (1)**    MINUTES (0)    COURT EVENTS (0)

| Attorney Name | Party Name | Begin Date | End Date | |
|---|---|---|---|---|
| MONSOUR, RYAN P. | EQUITY CAPITAL MARKET LLC | 3/14/2024 | | View Details |

Privacy - Terms

https://clerkconnect.com/suitDetails/868899/ebr

Case 3:24-cv-00316-BAJ-RLB   Document 1-1   04/19/24   Page 5 of 18



### Clerk Connect - East Baton Rouge Parish
(/Content/Help/helpv7.pdf)

Menu ▾

Heather Shlachtman ▾

---

BACK TO PREVIOUS PAGE

## C-745420
## EQUITY CAPITAL MARKET LLC VS
## MT. HAWLEY INSURANCE COMPANY

Minutes ▾    PURCHASE PDF

**Date Filed:** 03/14/2024         **Kind:** Civil              **Division:** 22

**Date Last Active:** 03/25/2024   **Cause:** DM-Damages        **Suit Status:** Active

**Judge:** HIGGINBOTHAM, BEAU

---

CHRONOLOGICAL HISTORY (5)    PARTIES (2)    ATTORNEYS (1)    MINUTES (0)    COURT EVENTS (0)

| Date ❤ | Sent To | Document |
|---|---|---|
| 03/18/2024 | MT. HAWLEY INSURANCE COMPANY | CIT-CIV 2000 |

Version#3.0.35

Privacy · Terms

Case 3:24-cv-00316-BAJ-RLB   Document 1-1   04/19/24   Page 6 of 18

  (/Content/Help/helpv7.pdf) Clerk Connect - East Baton Rouge Parish     Menu ▾          Heather Shlachtman ▾

BACK TO PREVIOUS PAGE

**C-745420**

**EQUITY CAPITAL MARKET LLC VS**

**MT. HAWLEY INSURANCE COMPANY**

Minutes ▾     PURCHASE PDF

**Date Filed:** 03/14/2024                    **Kind:** Civil                      **Division:** 22

**Date Last Active:** 03/25/2024          **Cause:** DM-Damages           **Suit Status:** Active

**Judge:** HIGGINBOTHAM, BEAU

CHRONOLOGICAL HISTORY (5)    PARTIES (2)    ATTORNEYS (1)    MINUTES (0)    COURT EVENTS (0)    DOCUMENT HISTORY (

| Date ❤ | Item Served | Served How | Intended For | Memo |
|---|---|---|---|---|
| 03/22/2024 | CIT-CIV 2000 | Secretary of State | MT. HAWLEY INSURANCE COMPANY | MT. HAWLEY INSURANCE COMPANY |

Version#3.0.35

Privacy - Terms

# Exhibit A-1

EAST BATON ROUGE PARISH
Filed Mar 14, 2024 12:25 PM
Deputy Clerk of Court
E-File Received Mar 13, 2024 3:29 PM

C-745420
22

## 19TH JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

## STATE OF LOUISIANA

NO.                                                    DIVISION: "__"

### EQUITY CAPITAL MARKET LLC

### VERSUS

### MT. HAWLEY INSURANCE COMPANY

FILED: _____    _____
                                                    **DEPUTY CLERK**

### PETITION FOR DAMAGES

The petition of Equity Capital Market, LLC, a Louisiana limited liability company, domiciled in the Parish of East Baton Rouge (hereinafter "Equity Capital" or "Petitioner"), respectfully represents:

1.

The following is made a defendant herein:

Mt. Hawley Insurance Company ("Hawley") is an insurance company authorized to do and is doing business in East Baton Rouge Parish, State of Louisiana.

2.

Venue is proper in East Baton Rouge Parish pursuant to the Louisiana Code of Civil Procedure because a substantial part of the events and/or omissions giving rise to Petitioner's claim occurred within this Parish, and/or a substantial part of property that is the subject of the action is situated within this Parish and State.

3.

This Court has personal jurisdiction over the parties and subject matter jurisdiction to hear the action presented in this suit.

4.

At all relevant times, Equity Capital insured property located at 4540 Crown Avenue, Louisiana 70812 (hereinafter referred to as the "Property"), which forms the subject of this lawsuit.

5.


Certified True and
Correct Copy
CertID: 2024031800779

*Roohoolah Carter*
East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
3/18/2024 2:33 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Equity Capital entered into a policy or contract of insurance with the defendant, Hawley, (hereinafter sometimes referred to as "Defendant") with the reasonable expectation that Defendant would abide by the terms of the policy and pay for any covered losses.

6.

Defendant issued an insurance policy to Petitioner covering its Property and bearing policy number GPK0023507. Said policy or contract of insurance provided Petitioner with coverage for damages, such as those incurred on September 10, 2022. This policy or contract of insurance was in full force and effect on September 10, 2022, the date of loss of which is complained herein.

7.

On or about September 10, 2022, a destructive fire ignited, causing catastrophic damage to Petitioner's Property.

8.

Petitioner timely reported the damage by filing a claim, seeking payments to have its Property repaired.

9.

On September 13, 2022, Defendant sent its chosen adjuster, Engle Martin, to physically inspect Petitioner's Property.

10.

On October 12, 2022, Defendant issued payment in the amount of $338,672.43, finding that the repair estimate total was $428,905.09.

11.

Shocked by the inadequate payment amount given the extensive damage incurred to the Property, Equity Capital provided Defendant an estimate in the amount of $1,006,000.00 on December 15, 2022.

12.

In response, Defendant stated it would not accept Equity Capital's estimate because it was not provided in a format it found acceptable.

13.

On January 4, 2023, Defendant again submitted another estimate, this time in a manner that was deemed in a correct format in the revised amount of $1,315,134.72.


**Certified True and Correct Copy**
CertID: 2024031800779

_Rasheedah Carter_
East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
3/18/2024 2:33 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

14.

On January 28, 2023, Defendant re-inspected the Property.

15.

Thereafter, on March 8, 2023, Defendant finally issued the remaining policy limits (yet still withheld recoverable depreciation), despite having the necessary documentation to support such calculations for well over thirty (30) days.

16.

Due to Defendant's failure to properly adjust and pay the claim in the rightful amount, Petitioner was forced to retain counsel and its own experts to dispute the claim.

19.

Made obvious by the estimates provided by Market Capital, Defendant did not adequately adjust, investigate, and timely pay Petitioner's insurance claim by severely undervaluing the damage sustained due to a covered event.

20.

Defendant engaged in conduct in the adjustment of Petitioner's claim that was arbitrary, capricious, and/or without probable cause, including but not limited to purposefully or negligently refusing to properly adjust the claim in good faith and failing to pay timely for damages Defendant knew, or should have known existed at the time of the adjustment of the claim.

21.

The omissions, actions, and/or inactions of Defendant in failing to adequately compensate Petitioner for the covered losses sustained to the property covered under the relevant policy of insurance were arbitrary, capricious, and without probable cause as those terms are used in connection with La. R.S. §22:1892 and §22:1973, making Defendant liable to Petitioner for statutory bad faith penalties.

22.

As a result of Defendant's bad faith claims adjusting practices, Petitioner avers that it suffered and are entitled to recover the following nonexclusive list of damages past, present, and future, to-wit:

  a.  Penalties as provided in La. R.S. §§ 22:1892 and 22:1973;

  b.  Attorney's fees and costs;



**Certified True and Correct Copy**
CertID: 2024031800779

*Rocheedah Carter*
East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
3/18/2024 2:33 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

c.  General Damages; and

d.  Any and all other relief that the Court deems just and proper.

23.

Petitioner avers that the amount in controversy is in excess of the amount required for a trial by jury, and Petitioner so desires a jury trial on all issues so triable by jury.

**WHEREFORE**, Petitioner, Equity Capital Market, LLC, prays that Defendant, Mt. Hawley Insurance Company, be served with a copy of this Petition and cited to appear and answer same; that it be granted a jury trial, that after all due proceedings had, there be judgment in its favor and against the Defendant, Mt. Hawley Insurance Company, for such damages as are reasonable in the premises, together with legal interest thereon from the date of judicial demand until paid, all statutory penalties and attorney's fees, for all costs of these proceedings, and all general and equitable relief available.

Respectfully Submitted,

**AMO TRIAL LAWYERS, L.L.C.,**

**DAVID W. ARDOIN, (L.B.N. 24282)**
**PRESTON L. HAYES (L.B.N. 29898)**
**RYAN P. MONSOUR (L.B.N. 33286)**
**HUNTER D. AUSTIN, (L.B.N. 40261)**
3850 N. Causeway Blvd., Suite 590
Metairie, Louisiana 70002
Telephone: (504) 356-0110
Facsimile: (504) 356-0112
rpm@amotriallawyers.com

and

**KENDALL PLAIN (LA #36258)**
Plain and Associates Law Firm
2950 Mission Drive
Baton Rouge, LA 70805

**PLEASE SERVE:**

**MT. HAWLEY INSURANCE COMPANY**
*Through its registered agent for service of process*:
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809


**Certified True and**
**Correct Copy**
CertID: 2024031800779

*Rasheedah Carter*
East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
3/18/2024 2:33 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

# Exhibit A-2

EAST BATON ROUGE PARISH
C-745420
Filed Mar 14, 2024 8:25 AM
Deputy Clerk of Court
E-File Received Mar 13, 2024 3:29 PM

Case 3:24-cv-00356-BAJ-RLB   Document 1-1   04/19/24   Page 13 of 18

## LOUISIANA CIVIL CASE REPORTING
### Civil Case Cover Sheet - LA. R.S. 13:4688 and
### Part G, §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court.  The information should be the best available at the time of filing.  This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:**

Equity Captial Market LLC                    **vs.**   MT. Hawley Insurance Company

**Court:** 19th JDC                          **Docket Number:** _____

**Parish of Filing:** East Baton Rouge       **Filing Date:** _____

**Name of Lead Petitioner's Attorney:** Ryan P. Monsour

**Name of Self-Represented Litigant:** _____

**Number of named petitioners:** 1           **Number of named defendants:** 1

**Type of Lawsuit:  Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):**

- ☐ Auto: Personal Injury
- ☐ Auto: Property Damage
- ☐ Auto: Wrongful Death
- ☐ Auto: Uninsured Motorist
- ☐ Asbestos: Property Damage
- ☐ Asbestos: Personal Injury/Death
- ☐ Product Liability
- ☐ Premise Liability
- ☐ Intentional Bodily Injury
- ☐ Intentional Property Damage
- ☐ Intentional Wrongful Death
- ☐ Unfair Business Practice
- ☐ Business Tort
- ☐ Fraud
- ☐ Defamation
- ☐ Professional Negligence
- ☐ Environmental Tort
- ☐ Medical Malpractice
- ☐ Intellectual Property
- ☐ Toxic Tort
- ☐ Legal Malpractice
- ☑ Other Tort (describe below)
- ☐ Other Professional Malpractice
- ☐ Redhibition
- ☐ Maritime
- ☐ Class action (nature of case)
- ☐ Wrongful Death      Destructive fire
- ☐ General Negligence

**Please briefly describe the nature of the litigation in one sentence of additional detail:**
Defendant failed to properly adjust and pay plaintiff's claim following the destructive fire which caused catastrophic damage to the property.

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name Ryan P. Monsour                         Signature _____

Address 3850 N. Causeway Boulevard, Suite 590, Metairie, Louisiana 70002

Phone number: 504-356-0110                   E-mail address: jfg@amotriallawyers.com

# Exhibit A-3

**SERVICE COPY**



D13773205

## CITATION

**EQUITY CAPITAL MARKET LLC**
(Plaintiff)

**VS**

**MT. HAWLEY INSURANCE COMPANY**
(Defendant)

**TO:   MT. HAWLEY INSURANCE COMPANY**
**THROUGH AGENT:**
**LOUISIANA SECRETARY OF STATE**

**NUMBER C-745420  "22"**

**19TH JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**
SERVED ON
**STATE OF LOUISIANA** NANCY LANDRY

MAR 22 2024

SECRETARY OF STATE
COMMERCIAL DIVISION

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party.  Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court.  This citation was issued by the Clerk of Court for East Baton Rouge Parish on **MARCH 18, 2024.**



*Rasheedah Carter*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: MONSOUR, RYAN P.**
*The following documents are attached:

**PETITION FOR DAMAGES**
<hr>
**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**   After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____.

SERVICE:$_____
MILEAGE$_____
TOTAL:  $_____

_____
Deputy Sheriff
Parish of East Baton Rouge

RECEIVED

MAR 21 2024

**CITATION-2000**

E B R SHERIFF'S OFFICE

# Exhibit A-4

# RETURN COPY



**D13773205**

## CITATION

| | |
|---|---|
| **EQUITY CAPITAL MARKET LLC** <br> (Plaintiff) | **NUMBER C-745420  "22"** |
| **VS** | **19TH JUDICIAL DISTRICT COURT** <br><br> **PARISH OF EAST BATON ROUGE** |
| **MT. HAWLEY INSURANCE COMPANY** <br> (Defendant) | **STATE OF LOUISIANA** |

TO:    MT. HAWLEY INSURANCE COMPANY
   THROUGH AGENT:
   LOUISIANA SECRETARY OF STATE

GREETINGS:

   Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party.  Please read the petition for information concerning any claims that may have been asserted against you.

   Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1.  **21 DAYS** of the date you were served with the petition; **OR**
2.  **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

   If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court.  This citation was issued by the Clerk of Court for East Baton Rouge Parish on **MARCH 18, 2024.**

             *Rasheedah Carter*
             *Deputy Clerk of Court for*
             **Doug Welborn, Clerk of Court**

**Requesting Attorney: MONSOUR, RYAN P.**
*The following documents are attached:

---

**PETITION FOR DAMAGES**

---

SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____    *I made service on the named party through the*

**DUE AND DILIGENT:**    After diligent search and inquiry, was unable to find the within named _____    *Office of the Secretary of State on* *of his domicile, or anyone* legally authorized to represent him.

**MAR 2 2 2024**

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

*by tendering a copy of this document to:*
_____ *JULIE NESBITT* _____

SERVICE:$_____
MILEAGE$_____         _____
TOTAL:  $_____       Deputy Sheriff       *BY. B. GARAFOLA #0577*
           Parish of East Baton Rouge    *Deputy Sheriff, Parish of East Baton Rouge, LA*

<b>CITATION-2000</b>

RECEIVED
MAR 2 1 2024
E B R SHERIFF'S OFFICE